UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Petitioner | ) | |
| | ) | |
| V. | ) | M.B.D. No. |
| | ) | |
| BOBBIE BAILEY | ) | |
| | ) | |
| Respondent | ) | |

### AFFIDAVIT OF REVENUE OFFICER

I, Andrea Baker, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Bobbie Bailey, are true to the best of my knowledge and belief.

*Andrea Baker*
Revenue Officer
Internal Revenue Service

Subscribed and sworn to before me at Stoneham, MA, Massachusetts on the 31st day of March, 2004.

*Frank Centrella Jr*
NOTARY PUBLIC
Frank Centrella Jr

My Commission expires: Oct. 18, 2007